```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    1:24-mj-00512-UA-1
    -against-                        :    ORDER
                                     :
Eddie Quetell                        :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Valerie Figueredo, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition: Not possess a firearm, destructive device, or other weapon.

Dated: February 14, 2024
New York, New York

SO ORDERED:

_____
Valerie Figueredo
United States Magistrate Judge